**Order entered July 1, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00175-CV

**BERNARD PATRUSKY, Appellant**

**V.**

**KENNETH BLOOMBERG AND MARILYN BLOOMBERG, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14821**

## ORDER

We **GRANT** appellant's June 27, 2014 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than August 4, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE